## DAVIS v. DAYTON et al.

(City Court of New York, General Term. December 8, 1893.)

CHECKS—BONA FIDE PURCHASER.
　　One who pays full value for a check is a bona fide purchaser, and takes free from all equity between the original parties.

Appeal from trial term.

Action by Eliphalet L. Davis against Ella V. A. Dayton and another. From a judgment entered on a verdict directed in favor of the plaintiff, defendants appeal. Affirmed.

Argued before EHRLICH, C. J., and NEWBURGER and Mc-CARTHY, JJ.

A. W. P. Seaman, for appellants.

Foley & Powell, for respondent.

EHRLICH, C. J. The action is on a bank check made by one defendant, and indorsed by the other. It was dated February 13, 1893, and was two days afterwards delivered to the plaintiff by one Ward. The plaintiff paid full value therefor, and became a bona fide holder thereof, free of any and all equities between the original parties. In the hands of the plaintiff, there was no defense: so that the evidence ruled out would have been of no use to the defendants, if it had been admitted. No error was committed at the trial, and the judgment must be affirmed, with costs. All concur.